UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20388

21 U.S.C. § 963
21 U.S.C. § 853



UNITED STATES OF AMERICA

vs.

ALEJANDRO CANAL DUPLAT,
    a/k/a "Alejo,"
    a/k/a "Parce,"
CRISTINA EBLIN GUERRA MOO,
    a/k/a "Cris,"
DORIAN ALEJANDRO MENCO DELGADO,
    a/k/a "Sargento,"
JORGE BARRAGAN MEJIA,
    a/k/a "Jota,"
RICHARD ALEXANDER DIXON FIGUEROA,
    a/k/a "Toby,"
    a/k/a "Fercho,"
    a/k/a "Cable,"
BRAULIO TARQUINO BLANCO DAVILA,
EDGAR FERNANDO DELGADO CASTRO,
and
JORGE ENRIQUE ARRAUTH GONZALEZ,
    a/k/a "Capi,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or about October 2010, the exact date being unknown to the Grand Jury, and continuing until the date of the return of the indictment, in the country of Colombia, South America and elsewhere, the defendants,

ALEJANDRO CANAL DUPLAT,
a/k/a "Alejo,"
a/k/a "Parce,"
CRISTINA EBLIN GUERRA MOO,
a/k/a "Cris,"
DORIAN ALEJANDRO MENCO DELGADO,
a/k/a "Sargento,"
JORGE BARRAGAN MEJIA,
a/k/a "Jota,"
RICHARD ALEXANDER DIXON FIGUEROA,
a/k/a "Toby,"
a/k/a "Fercho,"
a/k/a "Cable,"
BRAULIO TARQUINO BLANCO DAVILA,
EDGAR FERNANDO DELGADO CASTRO,
and
JORGE ENRIQUE ARRAUTH GONZALEZ,
a/k/a "Capi,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to manufacture and distribute a controlled substance in Schedule II, knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning in or about December 2010, the exact date being unknown to the Grand Jury, and continuing until the date of the return of the indictment, in the country of Colombia, South America and elsewhere, the defendants,

ALEJANDRO CANAL DUPLAT,
a/k/a "Alejo,"
a/k/a "Parce,"
CRISTINA EBLIN GUERRA MOO,
a/k/a "Cris,"
DORIAN ALEJANDRO MENCO DELGADO,
a/k/a "Sargento,"
and
JORGE ENRIQUE ARRAUTH GONZALEZ,
a/k/a "Capi,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and others unknown to the Grand Jury, to possess with the intent to distribute a controlled substance while on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 and 2 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, the defendants shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

ALEJANDRO CANAL DUPLAT, et al,

Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)     Yes ____   No ____
Number of New Defendants   ____
Total number of counts   ____

**Court Division:** (Select One)

**X** Miami   ____ Key West
____ FTL     ____ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   **YES**
   List language and/or dialect   **SPANISH**

4. This case will take   **8**   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)
   I    0 to 5 days       ____       Petty    ____
   II   6 to 10 days      **X**      Minor    ____
   III  11 to 20 days     ____       Misdem.  ____
   IV   21 to 60 days     ____       Felony   **X**
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)   **NO**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   **NO**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   **NO**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   **X** No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   **X** No

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ALEJANDRO CANAL DUPLAT, a/k/a "Alejo," a/k/a "Parce"

**Case No:** _____

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board an aircraft registered in the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CRISTINA EBLIN GUERRA MOO, a/k/a "Cris"

**Case No:** _____

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board an aircraft register in the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DORIAN ALEJANDRO MENCO DELGADO, a/k/a "Sargento"

**Case No:** _____

Count #: 1

Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board an aircraft registered in the United States

Title 21, United States Code, Section 963

**\* Max.Penalty:** Life Imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JORGE BARRAGAN MEJIA, a/k/a "Jota"__

Case No: _____

Count #: 1

_Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States_

_Title 21, United States Code, Section 963_

\* **Max.Penalty**:  Life Imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** __RICHARD ALEXANDER DIXON FIGUEROA,__

__a/k/a "Toby," a/k/a "Fercho," a/k/a "Cable"__

**Case No:** _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **BRAULIO TARQUINO BLANCO DAVILA**

**Case No**: _____

Count #: 1

 Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge

 that such cocaine will be unlawfully imported into the United States

 Title 21, United States Code, Section 963

**\* Max.Penalty**:   Life Imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __EDGAR FERNANDO DELGADO CASTRO_____

Case No: _____

Count #: 1

_Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge_

_that such cocaine will be unlawfully imported into the United States_____

_Title 21, United States Code, Section 963_____

* **Max.Penalty**:  Life Imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JORGE ENRIQUE ARRAUTH GONZALEZ, a/k/a "Capi"__

Case No: _____

Count #: 1

_Conspiracy to manufacture and distribute five kilograms or more of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States_

_Title 21, United States Code, Section 963_

\* **Max.Penalty**: Life Imprisonment

Count #: 2

_Conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board an aircraft registered in the United States_

_Title 21, United States Code, Section 963_

\* **Max.Penalty**: Life Imprisonment