UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20388-CR-LENARD

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JORGE BARRAGAN MEJIA,**

    Defendant.

_____/

## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING ORDER OF JUDGMENT AND COMMITMENT

THIS MATTER having come before the Court upon the Government's Motion to Reduce Sentence imposed as to Defendant **Jorge Barragan Mejia** pursuant to Rule 35, Federal Rules of Criminal Procedure, as amended. The Court having reviewed said motion and the reasons advanced therein and the Court being fully advised as to the facts and circumstances of this case; the Court Finds that the defendant has provided substantial assistance in the investigation or prosecution of criminal conduct pursuant to Rule 35. Therefore it is

**ORDERED AND ADJUDGED** that the Government's Motion to Reduce the Sentence is Granted. It being further,

**ORDERED** that the original Order of Judgment, entered on December 19, 2012 is hereby AMENDED, as follows: The defendant's term of imprisonment is reduced to **sixty-five (65) months**. It is

**FURTHER ORDERED AND ADJUDGED** that all other provisions of the original Judgment and Commitment Order, entered on December 19, 2012 shall remain in full force and effect.

**DONE AND ORDERED** in chambers at the United States District Courthouse in Miami, Florida this 21st day of January, 2014.

                                                              JOAN A. LENARD
                                                   UNITED STATES DISTRICT JUDGE